```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SHIXUAN LUO,

                        Plaintiff,
                                                        23-cv-5878 (LJL)
        -v-
                                                            ORDER
AIK RENOVATION INC., STEVE NEJASMIC, and
MICHAEL RENOSIS,

                        Defendants.
------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

  This order memorializes orders issued at the final pretrial conference held on November 12, 2024.

  Trial is rescheduled to December 18, 2024, at 9:00 a.m. in Courtroom 15C at the 500 Pearl Street Courthouse.

  The parties raised no objections to the voir dire at Dkt. No. 50.

  Motions in limine were resolved as stated on the record.

  As to Defendants' Exhibit C, Defendants shall submit a revised exhibit list by November 18, 2024. Plaintiff shall raise any objections to that list by November 21, 2024, and, if necessary, Defendants shall reply by November 25, 2024.

  Pursuant to the Order at Dkt. No. 49, Defendants shall raise any objections to Plaintiff's Exhibit List by November 14, 2024, at 5:00 p.m.

  By December 11, 2024, Plaintiff shall inform Defendants which specific portions of the audio file discussed at the hearing Plaintiff will play at trial. Defendants shall then inform Plaintiff by December 14, 2024, which portions of the audio file Defendants will offer under the

rule of completeness.

SO ORDERED.

Dated: November 13, 2024
       New York, New York

                              LEWIS J. LIMAN
                        United States District Judge